# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN GRUNDOWSKI, as ADMINISTRATOR OF THE ESTATE OF BRETT SANTEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 3:07-2207<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 16th day of May, 2012, upon consideration of Plaintiff's Trial Briefs (Docs. 98, 114), Plaintiff's Supplemental Findings of Fact and Conclusions of Law (Doc. 121), Defendant's Pretrial Memorandum (Doc. 99), Defendant's Supplemental Request for Findings of Fact and Law (Doc. 120), all other relevant submissions, and after a non-jury civil trial conducted on April 12, 2012, **IT IS HEREBY ORDERED** that for the reasons stated in the corresponding Memorandum of today's date, **JUDGMENT IS ENTERED FOR DEFENDANT and AGAINST PLAINTIFF**.

The Clerk of Court is directed to mark the case as **CLOSED**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge